# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No.  07-cv-02541-LTB-BNB

PHYLLIS NOAKES,

      Plaintiff,

v.

GLOBAL VANTEDGE, INC., a Delaware corporation,

      Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


Defendant's Motion for Leave to File Amended Answer (Doc 8 - filed February 13, 2008) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1.

The Amended Answer (Doc 7) is STRICKEN.




Dated:  February 22, 2008
_____