**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.    07-cv-02541-LTB-BNB

PHYLLIS NOAKES,

       Plaintiff,

v.

GLOBAL VANTEDGE, INC., a Delaware corporation,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____


      THIS MATTER having come before the Court on the Stipulation of Dismissal With

Prejudice (Doc 13 - filed March 24, 2008), and the Court being fully advised in the

premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                          BY THE COURT:


                          ____s/Lewis T. Babcock_____
                          Lewis T. Babcock, Judge

DATED:    March 26, 2008